1120

No. 82–1697.  BOARD OF TRUSTEES OF CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA *v.* REYES ET AL.  C. A. 9th Cir.  Certiorari denied.  ▮

No. 82–1703.  RUSH ET AL., TRUSTEES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  ▮

No. 82–1706.  CEPPI, EXECUTOR OF THE ESTATE OF CEPPI *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.  ▮

No. 82–1719.  FORUM INTERNATIONAL, LTD., ET AL. *v.* CHER; and

No. 82–1740.  CHER *v.* NEWS GROUP PUBLICATIONS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.  Reported below: 692 F. 2d 634.

No. 82–1720.  BUCCI *v.* GRIFFIN ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 82–1722.  COUNTY OF MONROE ET AL. *v.* CONSOLIDATED RAIL CORPORATION.  Sp. Ct. R. R. R. A.  Certiorari denied.  ▮

No. 82–1735.  ROKOWSKY *v.* GORDON ET AL.  C. A. 1st Cir.  Certiorari denied.  ▮

No. 82–1752.  DESRIS ET AL. *v.* CITY OF KENOSHA, WISCONSIN, ET AL.  C. A. 7th Cir.  Certiorari denied.  ▮

No. 82–1809.  BONACCURSO *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.  ▮

No. 82–1831.  FIERROS ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  ▮